

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - KW - 0197

State Of Louisiana
    versus
Mitchell P. Cook

TO:    Mitchell P. Cook
       671 Hwy 845
       Grayson, LA 71435

Warren LeDoux Montgomery
701 N. Columbia Street
Covington, LA 70433
wmontgomery@22da.com

Honorable Alan A.  Zaunbrec
701 N. Columbia Street
Suite 2010
Covington, LA 70433

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

2022 KW 0197

VERSUS

MITCHELL P. COOK

**MAY 20, 2022**

---

In Re:   Mitchell P. Cook, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         362,895.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

> **JMM**
> **WIL**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

*q.Snsl*

---
DEPUTY CLERK OF COURT
   FOR THE COURT